**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.B., A MINOR | : | No. 67 EAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: F.H., MOTHER | : | Superior Court at No. 230 EDA 2024 |
| | : | entered on September 6, 2024, |
| | : | affirming the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. CP-51-DP- |
| | : | 0001180-2017 entered on December |
| | : | 28, 2023. |
| | : | |
| | : | SUBMITTED: February 4, 2025 |
| | | |
| IN THE INTEREST OF: S.B., A MINOR | : | No. 68 EAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: F.H., MOTHER | : | Superior Court at No. 231 EDA 2024 |
| | : | entered on September 6, 2024, |
| | : | affirming the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. CP-51-DP- |
| | : | 0001305-2017 entered on December |
| | : | 28, 2023 |
| | : | |
| | : | SUBMITTED: February 4, 2025 |

## ORDER

**PER CURIAM**                                             **DECIDED: March 20, 2025**

     **AND NOW,** this 20th day of March, 2025, the order of the Superior Court is

**REVERSED**. *See In re A.J.R.-H.*, 188 A.3d 1157, 1167-70 (Pa. 2018) (holding that

documentary evidence was inadmissible under the business records exception to the

hearsay rule, *see* Pa.R.E. 803(6), where an agency witness testified regarding the

process of obtaining documents from third parties, but "[n]o witness stated that she was

able to speak to the mode of . . . the documents' preparation, [or] testify that the documents were created at or near the time of the documented event or conversation, or made in the regular practice of the activity").